UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOSHUA SANDER,

    Plaintiff,

vs.

SHERIFF DAVE DUCHAK, *et al.*,

    Defendants.

Case No. 3:18-cv-102

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 27); (2) GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF PROSECUTION (DOC. 26); (3) DISMISSING *PRO SE* PLAINTIFF'S COMPLAINT FOR FAILURE TO PROSEUCTE; AND (4) TERMINATING THIS CASE ON THE COURT'S DOCKET**

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (doc. 27), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation of the Magistrate Judge (doc. 27) is **ADOPTED** in its entirety; (2) Defendants' motion to dismiss for lack of prosecution (doc. 26) is **GRANTED**; (3) *pro se* Plaintiffs' complaint is **DISMISSED**; and (4) this case is **TERMINATED** on the Court's docket.

    **IT IS SO ORDERED.**

Date: 9-16-19

Walter H. Rice
United States District Judge